UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ARTURO PERNIA PERAZA and MARISABEL GRATEROL BRICENO, <br><br>        Plaintiffs, <br><br>- against - <br><br>MILLER AUTO LEASING CO. and JULIO A. ROLFFOT, <br><br>        Defendants. | Civil Action No.: <br><br>**J**URY **D**EMAND |

      Pursuant to Federal Rule of Civil Procedure 38, Defendants, MILLER AUTO LEASING CO. d/b/a MILLER TRUCK LEASING and JULIO A. ROLFFOT, hereby demand a trial by jury in the above-captioned action of all issues triable by jury.

Dated:  New York, New York
       February 22, 2024

                                      Yours,

                                      GALLO VITUCCI KLAR LLP

                                      By:   Bryan Schwartz, Esq.
                                      *Attorneys for Defendants, MILLER AUTO LEASING CO. d/b/a MILLER TRUCK LEASING and JULIO A. ROLFOTT*
                                      90 Broad Street, 12th Floor
                                      New York, New York 10004
                                      (212) 683-7100
                                      File No.:  PROG.2023101

TO:  Andrew Park, Esq.
       Law Offices of Andrew Park, P.C.
       450 Seventh Avenue, Suite 1805
       New York, NY 10123
       (212) 239-3680
       File No. 23000102
       ap@andrewparkpc.com